TOTAL P.02

Prob 19
(1/82)

# United States District Court
## for the
## Eastern District of Missouri

U.S.A. vs Carl John Mitchell    Docket No. 4:04CR00211 DJS

TO: Any United States Marshal or any other authorized officer

| WARRANT FOR ARREST OF SUPERVISED RELEASEE ||||
|---|---|---|---|
| You are hereby commanded to arrest the within-named defendant and bring him, forthwith before the United States District Court to answer charges that he violated the conditions of his supervision imposed by the court. ||||
| NAME OF SUBJECT<br>Carl John Mitchell | SEX<br>Male | RACE<br>Black, Non Hispanic | AGE<br>46 |
| ADDRESS (STREET, CITY, STATE)<br>4119 Page, Upstairs St. Louis, MO 63113 ||||
| SENTENCE IMPOSED BY (NAME OF COURT)<br>The Honorable William J. Martini, United States District Judge for the District of New Jersey. On April 2, 2004, jurisdiction transferred to the Honorable Donald J. Stohr. ||| DATE IMPOSED<br>November 24, 2003 |
| TO BE BROUGHT BEFORE (NAME OF COURT)<br>U.S. District Court, Eastern District of Missouri, St. Louis, Missouri ||||
| CLERK<br>James G. Woodward | (BY) DEPUTY CLERK<br>*J. Freeman* || DATE<br>October 18, 2005 |

| RETURN ||||
|---|---|---|---|
| Warrant received and executed | DATE RECEIVED || DATE EXECUTED<br>DATE: |
| EXECUTING AGENCY (NAME AND ADDRESS) ||||
| | COPY |||
| NAME | (BY) || DATE |

JAO:cmw
L:\JAO\Mitchell, Carl John Warrant.wpd

0644-1618-0061D