

# United States District Court

| | | |
|---|---|---|
| JOHN M. WATERS<br>CLERK OF COURT | CENTRAL DISTRICT OF ILLINOIS<br>OFFICE OF THE CLERK<br>151 U.S. COURTHOUSE<br>600 EAST MONROE STREET<br>SPRINGFIELD, ILLINOIS 62701 | TEL: 217.492.4020<br>FAX: 217.492.4028 |

January 5, 2006

U.S. District Clerk's Office
Eastern District of Missouri
111 S. Tenth Street, Suite 3.300
St. Louis, MO  63102

                        RE: USA v Carl John Mitchell
                        CASE NO.  06-3001-mj (Central District of Illinois)

Dear Clerk:

On  January 3, 2006, Defendant Carl John Mitchell appeared before U.S. Magistrate Judge Byron G. Cudmore on a warrant issued out of your district.  Defendant requested that the preliminary and detention hearing be held in the Eastern District of Missouri.  Enclosed are certified copies of the docket sheet, Waiver of Removal, and Commitment to Another District.

 This court is using the electronic filing system. You may access our electronic case file at the following address: http://ecf.ilcd.uscourts.gov to obtain copies of any documents that you may need in opening your file.   We have assigned a login and password for district courts to use in accessing this information. The login is:  **guestilcd** and the password is:  **42=torog**. This login and password should not be shared with anyone other than federal court personnel who would have a need to access our electronic case file system. You will need Adobe Acrobat Reader loaded on your computer in order to view the documents.

Please acknowledge receipt of transfer on the enclosed copy of this letter.

If you should need further assistance, please do not hesitate to contact  the Clerk's Office  at 217/492-4020.

                        Very truly yours,

                        JOHN M. WATERS, CLERK
                        U.S. DISTRICT COURT
                            s/ M.Rankin
                    By: _____

Enclosure(s)                           Deputy Clerk
JMW/mlr

Receipt Acknowledged on:_____
By:_____
Attention District Court Clerks:
**Please REMOVE LOGIN and PASSWORD when DOCKETING into CMECF**.